ACCEPTED
12-14-00309-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/6/2015 5:28:03 PM
CATHY LUSK
CLERK

12-14-00309-CR

| | | |
|---|---|---|
| JOLLY NEELY | § | IN THE COURT OF APPEALS |
| vs. | § | 12th JUDICIAL DISTRICT |
| STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/6/2015 5:28:03 PM
CATHY S. LUSK
Clerk

## APPELLANT'S MOTION TO OBTAIN RECORD

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes James Huggler, Counsel for the Appellant, in the above styled and numbered causes, and would show the Court as follows:

### I. Factual and Procedural Background

Jolly Neely was appointed counsel for purposes of this appeal. Appellate counsel has reviewed the record and filed a Brief in compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel has also filed a Motion to Withdraw.

### II. Grounds

In order to file a pro se brief in this case, it is necessary to review the record. Counsel has explained the rights the ability to pursue his own appeal. Appellant desires to submit his own appeal. However, having been appointed appellate counsel, the trial court has found Jolly Neely ~~Perkins~~ indigent. The Court of Criminal Appeals has stated that appellate counsel has a duty is an <u>Anders</u> brief is filed, to file a motion to withdraw as well as a motion to allow the appellant access to the record in the case. <u>Kelly v. State</u>, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

## III. Prayer for Relief

Appellant requests that he be provided a copy of the appellate record in this case, or that this Court remand the matter to the trial court to allow Mr. Neely a copy of the record, and for other such relief as the Court may deem appropriate.

Respectfully submitted,

Jolly Neely
TDCJ # #01967101
Byrd Unit
21 FM 247
Huntsville, Texas 77320

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been delivered to Michael West, Counsel for the State, at the addresses listed below on this the _____ day of _____, 2015 by hand delivery or regular mail or the State of Texas electronic filing system.

Jolly Neely

Michael West
Smith County District Attorney's Office
100 North Broadway, 4th Floor
Tyler, Texas 75702